IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE OPTION ONE MORTGAGE LOAN TRUST 2007-2, ASSET-BACKED CERTIFICATES, SERIES 2007-2,<br><br>   Plaintiff,<br><br> vs.<br><br>DONNIE R. CORTEZ; ANNABELLE S. CORTEZ; DEPARTMENT OF TAXATION, STATE OF HAWAII; CREDIT ASSOCIATES OF MAUI, LTD.; JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20; DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-20,<br><br>   Defendants. | CIV. NO. 16-00349 JMS-KSC<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

**<u>ORDER ADOPTING MAGISTRATE JUDGE'S<br>FINDINGS AND RECOMMENDATION</u>**

  Findings and Recommendation having been filed on October 14, 2016 and served concurrently upon those counsel of record who are registered participants of CM/ECF, and served on October 17, 2016 by First Class Mail to the address of record for Donnie R. Cortez, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR REMAND," ECF No. 21, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 2, 2016.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Wells Fargo Bank, N.A. v. Cortez, et al.*, Civ. No. 16-00349 JMS-KSC, Order Adopting Magistrate Judge's Findings and Recommendation